# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCHULTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00988-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING DEFENDANT DEFENDANT'S MOTION TO DISMISS CERTAIN CLAIMS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**<br><br>**(ECF No. 38)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff Kenneth Schultz, a state prisoner incarcerated at Corcoran State Prison (CSP), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On October 30, 2013, the Magistrate Judge issued findings and recommendations (ECF No. 38) that Defendant Kim's September 30, 2013 motion to dismiss as unexhausted the medical indifference claim as to events subsequent to July 22, 2009 (ECF No. 30) be denied. Any objection to the findings and recommendations was due by due by November 18, 2013. (Id.) The November 18, 2013 deadline passed without any party filing objections

or seeking further extension of time to do so.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations filed on October 30, 2013 (ECF No. 38) in full,
2. Defendant Kim's September 30, 2013 motion to dismiss as unexhausted the medical indifference claim as to events subsequent to July 22, 2009 (ECF No. 30) is DENIED, and
3. This case shall remain open.

IT IS SO ORDERED.

Dated:   **November 20, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE