# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCHULTZ,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILTATION, et al.,<br><br>Defendants. | Case No. 1:11-cv-00988-LJO-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(ECF No. 52)**<br><br>**DISPOSITIVE MOTIONS DUE BY SEPTEMBER 12, 2014** |

Plaintiff Kenneth Schultz, a state prisoner incarcerated at Corcoran State Prison (CSP), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds on a claim of medical indifference against Defendant Kim M.D. Discovery closed April 1, 2014. The current deadline to file dispositive motions is June 12, 2014.

Before the Court is Defendant's motion to extend the dispositive motion deadline to

1

September 12, 2014.

Good cause having been presented and in the absence of any apparent prejudice to Plaintiff, the motion shall be granted.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to modify the scheduling order (ECF No. 52) is GRANTED such that the deadline for filing pre-trial dispositive motions shall be September 12, 2014, and

2. The Discovery and Scheduling Order (ECF No. 26) is modified accordingly but otherwise continues in full force and effect.

IT IS SO ORDERED.

Dated:   June 24, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE