UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCHULTZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J. KIM, M.D.,<br><br>        Defendant. | Case No.: 1:11-cv-00988-DAD-MJS (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR CONTINUED SETTLEMENT CONFERENCE ON FEBRUARY 19, 2016, AT 1:00 P.M. |

Plaintiff Kenneth Schultz, CDCR Inmate No. V-59139, shall be produced for a continued settlement conference before United States Magistrate Judge Stanley A. Boone, United State District Court, 2500 Tulare Street in Fresno, California, Courtroom #9, on Friday, February 19, 2016, at 1:00 p.m., and from day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.


IT IS SO ORDERED.

Dated: **January 28, 2016**

UNITED STATES MAGISTRATE JUDGE

1