# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCHULTZ,<br><br>           Plaintiff,<br><br>     v<br><br>STATE OF CALIFORNIA OF CORRECTIONS AND REHABILITATION, et al.,<br><br>           Defendants. | Case No. 1:11-cv-00988-DAD-MJS<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on June 15, 2011. On January 28, 2016, this Court conducted a settlement conference which was continued. On February 2, 2016, a telephonic conference was held and the parties have reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED;

2. Dispositional documents shall be filed within sixty (60) days from the date of service of this order; and

///

///

///

///

1

3. The Court shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **February 4, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2