UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCHULTZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Defendants. | No.  1:11-cv-0988-DAD-MJS (PC)<br><br>ORDER DISMISSING ACTION AND CLOSING CASE<br><br>(Doc. No. 97) |

　　　　Plaintiff Kenneth Schultz is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  (Doc. Nos. 1, 6.)  On February 4, 2016, the assigned Magistrate Judge presided over a settlement conference in this action at which time a settlement was reached.  Thereafter, on February 29, 2016, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own costs and attorneys' fees.  (Doc. No. 97.)  In light of the parties' stipulation, this case has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice and without an award of attorneys' fees and costs to either party.  As indicated in the

/////

/////

/////

/////

1

parties' stipulation and consent, and pursuant thereto, the assigned Magistrate Judge shall retain jurisdiction to enforce the settlement agreement reached in this case.

Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated: __**March 9, 2016**__    _____
UNITED STATES DISTRICT JUDGE